In the Matter of Fritz G. Phucien, Appellant, v City of New York Department of Correction, Sued Herein as City of New York Department of Corrections, et al., Respondents. [9 NYS3d 875]—Order and judgment (one paper), Supreme Court, New York County (Doris Ling-Cohan, J.), entered on or about March 20, 2014, which denied the petition seeking

to annul the determination of respondent City of New York Department of Correction dated April 23, 2013, terminating petitioner's employment as a probationary correction officer, granted respondents' cross motion to dismiss, and dismissed the proceeding brought pursuant to CPLR Article 78, unanimously affirmed, without costs.

Petitioner's unsupported assertions that respondent Department of Correction improperly terminated his probationary employment are insufficient to satisfy his burden of establishing that his dismissal was in bad faith (*see Matter of Swinton v Safir*, 93 NY2d 758, 763 [1999]; *Matter of York v McGuire*, 63 NY2d 760, 761 [1984]; *Matter of Thomas v Abate*, 213 AD2d 251 [1st Dept 1995]). Mere conclusory allegations of bad faith based on speculation are not sufficient. Concur—Tom, J.P., Renwick, Andrias, Manzanet-Daniels and Kapnick, JJ.